**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JABA PATARAIA,

　　*Petitioner*,

v.

KRISTI NOEM, et al.,

　　*Respondents*.

Case No. 1:25-cv-1188

Judge Dee D. Drell

**ORDER**

Having considered the Motion to Set Briefing Schedule submitted in this case, the Motion is GRANTED.

Respondents shall respond to Petitioner's habeas corpus petition by September 5, 2025.

Petitioner shall submit any reply by September 12, 2025.

So ordered this 26th day of ___August___, 2025.

~~UNITED STATES DISTRICT JUDGE~~
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

3