UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

JABA PATARAIA

-vs-

KRISTI NOEM, ET AL.

CASE NO. 25-cv-1188 SEC P

JUDGE DRELL

MAGISTRATE JUDGE PEREZ-MONTES

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 26), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 27), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 13th day of January 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT