**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JABA PATARAIA** | **CASE NO.  1:25-CV-01188 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

TO:    U.S. MARSHAL and/or any qualified deputy
and/or Special Agent(s)Winn Correctional Center, Winnfield, Louisiana
and/or U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT
and/or any qualified deputy

### <u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

**YOU ARE HEREBY COMMANDED** to deliver JABA PATARAIA (A to the United

States District Court for the Western District of Louisiana for EVIDENTIARY HEARING to be

held in Alexandria, Louisiana 2nd floor Courtroom, at 1:30 PM on March 18, 2026, before the

Honorable Dee D. Drell, United States District Judge.

**WITNESS** the Honorable Dee D. Drell,
United States District Judge
at Alexandria, Louisiana 2nd floor
Courtroom, LA
on March 10, 2026.

Daniel J. McCoy, Clerk of Court



By  _Greto B. Roary_
              Deputy Clerk