**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JABA PATARAIA** | **CASE NO.  25-cv-1188 SEC P** |
| **-vs-** | **JUDGE DRELL** |
| **KRISTI NOEM, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Before the court is Petitioner's motion for reconsideration (Doc. 32) which was filed February 10, 2026.  The matter is currently set for a hearing on March 18, 2026.

The motion for reconsideration was filed in response to our judgment dated January 14, 2026 (Doc. 31) in which we adopted the Magistrate Judge's report and recommendation (Doc. 26) recommending the petition for habeas corpus requesting release from ICE custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001) be denied.  The recommendation was based upon the fact that Petitioner's removal period began on February 6, 2025, and post removal order detention of eight months was not unreasonable.  Further, the United States had submitted requests to Kazakhstan, Armenia, and Azerbaijan, and Kazakhstan responded that it would notify the United States once a decision was made.  Thus, removal was likely imminent.

It has now been thirteen months since Petitioner's removal order became final.  It has also been thirteen months since Enforcement and Removal Operations (ERO) first submitted requests to Kazakhstan, Armenia, and Azerbaijan asking if they would accept Petitioner upon removal.[1]

---

[1] When these countries failed to respond to the February 13, 2025 request, ERO resubmitted requests on April 3 and April 25, 2025.

Only Kazakhstan responded to the requests, but now ten months has passed without further word.[2] As no substantive movement has been made to secure Petitioner's removal to a third country, we no longer have reason to believe removal is imminent.  As it is no longer reasonable to detain Petitioner, it is

ORDERED that the motion for reconsideration (Doc. 32) is GRANTED.  It is further

ORDERED that the petition for habeas corpus (Doc.1) is GRANTED.  It is further

ORDERED that Petitioner shall be released from custody by 5:00 p.m. on Monday, March 16, 2026 with all of his property and any and all identification documents needed to enable and ensure his return home.  It is further

ORDERED that the hearing set for March 18, 2026 is CANCELLED and all pending motions (Docs. 39, 40, 41, 42) are DENIED as MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana this 11th day of March 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] On May 14, 2025, the Kazakhstan Embassy stating they received the request and would notify ERO once a decision made. (Doc. 14-1).

2