UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JABA PATARAIA

-vs-

KRISTI NOEM ET AL

CASE NO.  1:25-cv-1188 SEC P

JUDGE DRELL

MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

In light of the Judgment (Doc. 46), the Motion to Quash (Doc 47) is DENIED as MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana this 16th day of  March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT